UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

PIONEER LABORATORIES, INC., d/b/a
PIONEER SURGICAL TECHNOLOGY

       Plaintiff,

v.                                            Case No. 2:05-CV-41

STRYKER CORP., and                       HON GORDON J. QUIST
HOWMEDICA OSTEONICS CORP.,

       Defendants.
_____/

## ORDER CORRECTING TYPOGRAPHICAL ERRORS

The Opinion filed on October 13, 2005, should read as follows:

1. At page 7, line 4: "the scope and meaning of the claims inasmuch as . . . ."

2. At page 12, lines 8-12:

   interact," and Oxford English Dictionary defines "engage" as "to interlock *with*, fit into a corresponding part." Webster's Third New International Dictionary 751 (1971); Oxford English Dictionary, available at http://www.oed.com. From the dictionary definitions, then, the most one can say is that the phrase "a locking cap including a first portion configured to engage an interior surface of the head portion" means that the cap's first portion is shaped or arranged in a certain way to . . . .

Dated: October 27, 2005                                /s/ Gordon J. Quist
                                                            GORDON J. QUIST
                                                    UNITED STATES DISTRICT JUDGE